# Court of Appeals
# of the State of Georgia

ATLANTA, December 27, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0010.  ALLAN SEAGO v. THE ESTATE OF BERRY EARLE, III.**

Upon consideration, Allan Seago's request for an extension of time to file an application for discretionary appeal from the trial court's order entered on November 26, 2013 is hereby GRANTED.  Seago shall have until 4:30 p.m. on Monday, December 30, 2013, to file his application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/27/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*